Matthew R. Bainer, Esq. (S.B. #220972)
Molly A. Kuehn, Esq. (S.B. #230763)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
email: mbainer@scalaw.com
email: mkuehn@scalaw.com
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Web: www.scalaw.com

Attorneys for Representative Plaintiff
And the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BARNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE EQUINOX GROUP, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-10-03586 LB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE FILING AND SERVICE OF FIRST AMENDED COMPLAINT** |

1   **WHEREAS** on June 1, 2010, Plaintiff Sean Barnes ("Plaintiff") filed a Class Action
2   Complaint for Damages, Injunctive Relief, and Restitution in San Francisco Superior Court;
3   **WHEREAS** on August 11, 2010, Defendant The Equinox Group, Inc. ("Defendant")
4   filed its Answer to Plaintiff's Complaint;
5   **WHEREAS** on August 12, 2010, Plaintiff filed his First Amended Complaint in San
6   Francisco Superior Court prior to receiving Defendant's Answer;
7   **WHEREAS** on August 13, 2010, Defendant filed Notice of Removal of Civil Action to
8   this Court prior to receiving Plaintiff's First Amended Complaint; and
9   **WHEREAS** the parties agree to adopt the First Amended Complaint as the operative
10  pleading in this matter.
11  **THEREFORE**, the parties, through their undersigned respective counsel, stipulate and
12  request that the Court hereby order that, good cause appearing, Plaintiff's First Amended
13  Complaint for Damages, Injunctive Relief and Restitution may be adopted as the operative
14  pleading, and Defendant shall file and serve its Answer thereto within 20 days of this Stipulation.

16  **IT IS SO STIPULATED, BY AND THROUGH COUSEL OF RECORD.**

18  Dated: September 23, 2010          SCOTT COLE & ASSOCIATES, APC

21  By: _____/s/ Molly A. Kuehn_____
    Molly A. Kuehn, Esq.
22  Attorneys for the Representative Plaintiff
    and the Plaintiff Class

24  Dated: September 30, 2010          JACKSON LEWIS LLP

26  By: _____/s/ Joanna L. Brooks_____
    Joanna L. Brooks, Esq.
27  Attorneys for Defendant
    The Equinox Group, Inc.

-2-
Stipulation and [Proposed] Order re Filing and Serving First Amended Complaint

1  **[PROPOSED] ORDER**

3  For good cause shown, **IT IS HEREBY ORDERED.**

5  Dated: ~~September~~ October 4, 2010         By: _____

The Hon. ~~Laurel Beeler~~
United State District Judge

*GRANTED — Judge Laurel Beeler* (stamp, signed WBC)

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800