**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SEAN BARNES, | No. C 10-03586 LB |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING REQUEST TO CONTINUE AS MOOT** |
| v. | |
| EQUINOX GROUP, | |
| Defendant(s). | |

This matter is set for an initial case management conference on December 9, 2010. *See* ECF No. 5 at 2. On November 17, 2010, Defendant The Equinox Group filed a Motion to Stay Action, requesting that the Court stay all further proceedings in this case until the panel on Multidistrict Litigation issues its ruling on the pending motion to transfer. *See* ECF No. 15. Defendant noticed the Motion to Stay for January 6, 2010. The following day, Defendant filed a Request for Continuance of Case Management Conference and the attendant Rule 26 and ADR deadlines. *See* ECF No. 18.

In light of the pending Motion to Stay, the Court finds that it is imprudent to proceed with a case management conference at this time. Accordingly, the Court **HEREBY CONTINUES** the case management conference to February 10, 2011 at 1:30 p.m.; **CONTINUES** the meet and confer and ADR deadlines (currently set for November 18, 2010) to January 20, 2011; and **CONTINUES** the Rule 26(f) Report, initial disclosure, and joint CMC statement filing deadlines (currently set for December 2, 2010) to February 3, 2011.

C 10-03586 (Order Continuing CMC)

Further, the Court **DENIES AS MOOT** Defendant's Request for Continuance (ECF No. 18).

**IT IS SO ORDERED.**

Dated: November 18, 2010

_____
LAUREL BEELER
United States Magistrate Judge