Matthew R. Bainer, Esq. (S.B. #220972)
Molly A. DeSario, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: mbainer@scalaw.com
Email: mdesario@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff
Sean Barnes and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| SEAN BARNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE EQUINOX GROUP, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 4:10-cv-03586-LB**<br><br>**<u>CLASS</u> <u>ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff Sean Barnes and the plaintiff class, and Defendant The Equinox Group, Inc., request the Court to set a Case Management Conference to apprise the Court of the latest MDL Panel's order regarding the motion to transfer.

**IT IS HEREBY ORDERED that:**

1. The Case Management Conference is set for March 31, 2011 at 10:30 a.m. in Courtroom 4. The deadline to file a Joint Case Management Conference Statement is March 24, 2011.

IT IS SO ORDERED.

Dated: ___March 9___, 2011    By: _____
The Hon. Laurel Beeler
United States Magistrate Judge

*[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800