UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SEAN BARNES, | No. C 10-03586 LB |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EQUINOX GROUP, | |
| Defendant. | |

This matter is set for a case management conference on March 31, 2011. ECF No. 34. After reviewing the joint case management statement submitted by Plaintiff Sean Barnes and Defendant Equinox Group, the court **CONTINUES** the case management conference until April 21, 2011 at 10:30 a.m. and **ORDERS** the parties to comply with the requirements of Local Rule 16-9(b) when filing their revised joint case management statement.

**IT IS SO ORDERED.**

Dated: March 28, 2011

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California