```
1    Matthew R. Bainer, Esq. (S.B. #220972)
     Molly A. DeSario, Esq. (S.B. #230763)
2    SCOTT COLE & ASSOCIATES, APC
     1970 Broadway, Ninth Floor
3    Oakland, California 94612
     Telephone: (510) 891-9800
4    Facsimile: (510) 891-7030
     Email: mbainer@scalaw.com
5    Email: mdesario@scalaw.com
     Web: www.scalaw.com
6
7    Attorneys for Representative Plaintiff
     Sean Barnes and the Plaintiff Class
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SEAN BARNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE EQUINOX GROUP, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:10-cv-03586-LB<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff SEAN BARNES ("Plaintiff") and Defendant The Equinox Group, Inc. ("Defendant"), through their respective counsel of record, stipulate as follows:

**WHEREAS** the Court continued the March 31, 2011 Case Management Conference to April 21, 2010 at 10:30 a.m.;

**WHEREAS** lead counsel for Plaintiff will be out of state on a prearranged trip in April and unable to attend an Initial Case Management Conference during that time; and

**WHEREAS** Defendant does not oppose Plaintiff's request to continue the Case Management Conference hearing date from April 21, 2011 to April 28, 2011.

1  **THEREFORE,** the parties, through their undersigned respective counsel, stipulate and
2  request that the Court hereby order that, good cause appearing, the new date of the Case
3  Management Conference be **Thursday, April 28, 2010 at 10:30 a.m.**

5  **IT IS SO STIPULATED.**

7  Dated: April 4, 2011          **SCOTT COLE & ASSOCIATES, APC**

10              By:  /s/Molly A. DeSario
                     Molly A. DeSario, Esq.
                     Attorneys for the Representative Plaintiff
11                   and the Plaintiff Class

12 Dated: April 4, 2011          **JACKSON LEWIS LLP**

14              By:  /s/ JoAnna L. Brooks
                     JoAnna L. Brooks
15                   Attorneys for Defendant
                     The Equinox Group, Inc.

1 **ORDER**

2     Good cause appearing, the Initial Case Management Conference currently scheduled for

3 Thursday, April 21, 2011 at 10:30 a.m. shall be continued to the new date of **Thursday, April 28,**

4 **2011 at 10:30 a.m.** and the Joint Case Management Statement shall be filed on or before April 21,

5 2011.

7 **IT IS SO ORDERED.**

9 Dated: April 14, 2011

                                    Hon. Laurel Beeler
                                    United States Magistrate Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800