UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SEAN BARNES, | No. C 10-03586 LB |
| Plaintiff, | **ORDER RE DISCOVERY LETTERS** |
| v. | [ECF Nos. 49 and 50] |
| EQUINOX GROUP, | |
| Defendant. | |

The parties filed separate discovery letters. ECF Nos. 49 and 50. The letters do not comply with the court's standing order. For example, Defendants' letter raised issues regarding Plaintiff's response but Plaintiff did not address these issues. ECF No. 50 at 4-5; ECF No. 49. The court orders the parties to comply with the discovery dispute procedures set forth in the court's standing order, which is attached as it has been updated since the start of this case. This process requires the submission of a *joint* discovery letter. The telephone conference scheduled for October 7, 2011 is vacated. If the parties submit a joint discovery letter that requests a telephone conference, they should include three proposed dates after consulting the court's calendar.

This disposes of ECF Nos. 49 and 50.

**IT IS SO ORDERED.**

Dated: October 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03586 LB
ORDER RE DISCOVERY LETTERS