UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SEAN BARNES, | No. C 10-03586 LB |
| Plaintiff, | **ORDER RE JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| EQUINOX GROUP, | |
| Defendant. | |

Following the case management conference on September 13, 2011, the court issued a minute order that directed the parties to file an updated case management conference statement by October 27, 2011. ECF No. 48 at 1. This was a scrivener's error. An updated case management statement should be submitted by December 8, 2011, which is seven days before the next case management conference. The updated case management statement does not need to reiterate information provided in earlier statements.

**IT IS SO ORDERED.**

Dated: November 18, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03586 LB
ORDER RE JOINT CASE MANAGEMENT STATEMENT