**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SEAN BARNES, | No. C 10-03586 LB |
| Plaintiff, | **ORDER RE DISCOVERY LETTERS** |
| v. | [ECF Nos. 52 and 53] |
| EQUINOX GROUP, | |
| Defendant. | |
| _____/ | |

The two discovery letters in the record at ECF Nos. 52 and 53 are signed only by the party making the discovery request. That is, ECF No. 52 addresses the parties' disputes about Defendant's discovery requests and is signed only by Defendant's counsel, and ECF No. 53 addresses the parties' disputes about Plaintiff's discovery requests and is signed only by Plaintiff's counsel. The court appreciates that each letter purports to be both parties' positions as to the disputes but directs the parties to file a short joint stipulation confirming that the filed letters accurately represent the parties' joint positions as required by the court's standing order.

**IT IS SO ORDERED.**

Dated: November 18, 2011

_____
LAUREL BEELER
United States Magistrate Judge

Case4:10-cv-03586-LB Document57 Filed11/18/11 Page2 of 2