UNITED STATES DISTRICT COURT

For the Northern District of California

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 Northern District of California

10 Oakland Division

| | | |
|---|---|---|
| 11 | SEAN BARNES, individually, and on behalf of all others similarly situated, | No. C 10-03586 LB |
| 12 | | |
| 13 | Plaintiffs,<br>v. | **ORDER SETTING DISCOVERY TELEPHONE CONFERENCE** |
| 14 | EQUINOX GROUP, and DOES 1 through 100, inclusive, | |
| 15 | | |
| 16 | Defendants.<br>_____/ | |

On December 22, 2011, the parties filed a joint discovery letter. ECF No. 63. The court sets a telephone conference on the issues for 2:30 p.m on January 13, 2012 or at such other time as is mutually convenient for the parties and the court.

**IT IS SO ORDERED.**

Dated: January 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge