UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| Sean Barnes, | No. C 10-3586 LB |
| Plaintiff(s), | **ORDER** |
| v. | |
| The Equinox Group, Inc., | |
| Defendant(s). | |

The class certification hearing is continued to August 30, 2012, at 11 a.m. (with the caveat to counsel that it may be August 29, 2012 at 11 a.m. instead). The court relies on Defendant's representations that counsel in the state case is out of the country until August 28, 2012, that the state case is being reassigned, and that nothing will happen on the state case until at least mid-September. Thus, the equivalent of a stay is in place, which in turn militates against this court's addressing a class certification motion this week that can wait easily until August 30, 2012.

The court expects the parties to comply with court's procedures about necessary parties to a settlement conference. The court's template order is attached.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-3586 LB-Order