UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| Sean Barnes, | No. C 10-3586 LB |
| Plaintiff(s), | SCHEDULING ORDER |
| v. | |
| The Equinox Group, Inc., | |
| Defendant(s). | |

CASE MANAGEMENT SCHEDULING ORDER: Parties to submit update on settlement status by 8/28/2012 at 12 noon by email to the court's orders box at lbpo@cand.uscourts.gov. Depending on information conveyed, parties should be available for a telephonic status conference later that afternoon and should provide their availability in the email update.

**IT IS SO ORDERED.**

Dated: August 27, 2012

LAUREL BEELER
United States Magistrate Judge

C FIELD(3)