UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SEAN BARNES and CARL DWYER individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE EQUINOX GROUP, INC., and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | No. C 10-03586 LB<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |

In light of the parties successful settlement negotiations, the court VACATES the Pretrial Conference scheduled for May 2, 2013, and the Jury Trial Scheduled for May 13, 2013.

**IT IS SO ORDERED.**

Dated: April 30, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03586 LB (ORDER)